UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL. INC., and CARGILL MEAT SOLUTIONS, CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> WDS, INC., JENNIFER MAIER, and BRIAN EWERT, <br><br> Defendants. | ORDER |

THIS MATTER is before the Court on several motions by the parties, including Defendants' Motions to Dismiss (Docs. Nos. 62, 64) and related Motions to Strike (Docs. Nos. 86, 91), as well as Defendant Maier's Motion for Determination of Applicable Law (Doc. No. 128). The Court has reviewed the parties' pleadings, as well as applicable law, and hereby DENIES these motions. This ruling is without prejudice to Defendants' ability to reassert their arguments, if applicable, within any motion for summary judgment filed in this case.

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss (Docs. Nos. 62, 64) and Motions to Strike (Docs. Nos. 86, 91) are DENIED.

IT IS FURTHER ORDERED that Defendant Maier's Motion for Determination of Applicable Law is DENIED.

IT IS SO ORDERED.

Signed: November 7, 2017

Frank D. Whitney
Chief United States District Judge