IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL, INCORPORATED and CARGILL MEAT SOLUTIONS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>WDS, INC., JENNIFER MAIER, and BRIAN EWERT,<br><br>    Defendants. | ORDER |

Before the Court is Plaintiffs' "Motion for Relief from ADR Requirement" (document #168). Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is **DENIED**.

**SO ORDERED**.

Signed: December 7, 2017

David S. Cayer
United States Magistrate Judge