# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cargill, Incorporated | ) | JUDGMENT IN CASE |
| Cargill Meat Solutions Corporation, | ) | |
| Plaintiff(s), | ) | 3:16-cv-00848-FDW-DSC |
| vs. | ) | |
| Brian Ewert | ) | |
| Jennifer Maier | | |
| WDS, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court for trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's January 22, 2018 Verdict.

January 23, 2018

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court