UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL. INC., and CARGILL MEAT SOLUTIONS, CORP., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WDS, INC., JENNIFER MAIER, and BRIAN EWERT, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court to memorialize the Court's rulings on Plaintiffs' Motions in Limine (Docs. No. 200, 204, 207, 210, 213, 214) and WDS, Inc. and Brian Ewert's Motions in Limine (Docs. No. 220, 224). As ordered and for the reasons stated in open court at the pre-trial hearing and trial before the undersigned, the Court GRANTS IN PART and DENIES IN PART Plaintiffs' Motions in Limine (Docs. No. 200, 204, 207, 210, 213, 214) and WDS, Inc. and Brian Ewert's Motions in Limine (Docs. No. 220, 224).

IT IS SO ORDERED.

Signed: January 30, 2018

Frank D. Whitney
Chief United States District Judge

1