IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL, INCORPORATED and CARGILL MEAT SOLUTIONS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> WDS, INC., JENNIFER MAIER and BRIAN EWERT, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court sua sponte. On or before April 9, 2018, Defendant Brian Ewert shall file a response to "Plaintiffs' Objections to Notice to Claim Exempt Property (Statutory Exemptions)" (document #355).

**SO ORDERED**.

Signed: March 26, 2018

_____
David S. Cayer
United States Magistrate Judge