UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL, INC., and CARGILL MEAT SOLUTIONS, CORP., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WDS, INC., JENNIFER MAIER, and BRIAN EWERT, )<br>)<br>Defendants. ) | ORDER and NOTICE OF HEARING |

TAKE NOTICE that a hearing on (1) Plaintiffs' Motion for Modification of the Stipulated Protective Order and Designation of Discovery Materials (Doc. No. 353); (2) Plaintiffs' Objection to Notice to Claim Exempt Property (Doc. No. 355); and (3) Plaintiffs' Motion to Compel Post-Judgment Discovery against WDS (Doc. No. 367) will take place before the undersigned on Wednesday, April 11, 2018 at 9:00 am in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202. Plaintiffs shall have fifteen (15) minutes, and Defendants shall have fifteen (15) minutes to address their respective positions on the pending matters. Each side may allocate their time as they so choose.

IT IS FURTHER ORDERED that WDS, Inc. shall have through and including April 10, 2018 to file a response to Plaintiffs' Motion to Compel Post-Judgment Discovery against WDS.

IT IS SO ORDERED.

Signed: April 6, 2018

Frank D. Whitney
Chief United States District Judge