UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL, INC., and CARGILL MEAT SOLUTIONS, CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> WDS, INC., JENNIFER MAIER, and BRIAN EWERT, <br><br> Defendants. | ORDER |

THIS MATTER is before the Court *sua sponte* on "Plaintiffs' Objection to [398] Order Granting [396] Motion to Withdraw as Counsel for Defendant Brian Ewert by Tuggle Duggins P.A." (Doc. No. 402). Denis E. Jacobson, Jeffrey S. Southerland, Richard Wyatt Andrews, II, Alan B. Felts, Defendant Brian Ewert, and any interested party shall have through and including May 21, 2018 to file a response to Plaintiff's Objection. In an abundance of caution, the Court respectfully directs the Clerk to mail a copy of this Order to Tuggle Duggins P.A., 100 N. Greene Street, Suite 600, Greensboro, NC 27401.[1]

IT IS SO ORDERED.

Signed: May 8, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] Counsel from Tuggle Duggins P.A., Denis E. Jacobson, Jeffrey S. Southerland, Richard Wyatt Andrews, II, and Alan B. Felts, remain as counsel of record for Defendant WDS, Inc. in this case. Thus, they will also receive electronic notice of this Court's Order.