IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL INCORPORATED and CARGILL MEAT SOLUTIONS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WDS INC., JENNIFER MAIER, and BRIAN EWERT,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Authority to Register Judgment Against WDS, Inc. and Brian Ewert in Other Districts (document #411) (the "Motion"). For the reasons stated in the Motion, the Court finds Plaintiffs' requested relief warranted.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion to Register the Judgment in other United States District Courts pursuant to 28 U.S.C. § 1963 is hereby **GRANTED.**

The Clerk is directed to send copies of this Order to counsel for the parties, to Defendant Brian Ewert, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: May 15, 2018

David S. Cayer
United States Magistrate Judge