IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00848-FDW-DSC

| | |
|---|---|
| CARGILL, INCORPORATED and CARGILL MEAT SOLUTIONS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WDS, INC., JENNIFER MAIER and BRIAN EWERT,<br><br>Defendants. | ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF AN ARREST WARRANT |

Before the Court is Plaintiffs' Motion for Issuance of an Arrest Warrant and Injunctive Relief Against Defendant Brian Ewert, in his individual capacity and as Trustee of the Brian C. Ewert Revocable Trust, and Diverse Label Printing, LLC, ODDS, LLC, Resnex Mfg., Inc., DLP Holdings, LLC, Refrigerated Trucking & Logistics, LLC, Jet Me Around, LLC, B-Pak Manufacturing Solutions, LLC, RFS, Inc., and H. Vaughn Ramsey as Trustee of the Brian C. Ewert Irrevocable Trust.

Having conferred with the chambers of the Honorable Frank D. Whitney, the Court grants Plaintiffs' Motion for Issuance of an Arrest Warrant but defers to Judge Whitney as to injunctive relief.

Accordingly, it is hereby **ORDERED**:

1. That Plaintiffs' Motion for Issuance of an Arrest Warrant is **GRANTED.**

2. The Court finds that Brian Ewert has left the State of North Carolina and there is reason to believe that he has property which he unjustly refuses to apply to this Court's judgment.

Therefore, pursuant to North Carolina General Statute Section 1-355, the Court issues a warrant for Brian Ewert's arrest and directs the Clerk to schedule a hearing for him to appear and respond to questions regarding his assets.

3. The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: June 11, 2018

David S. Cayer
United States Magistrate Judge