# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00848-FDW-DSC

| | |
|---|---|
| CARGILL INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | **ORDER** ) ) |
| WDS, INC., JENNIFER MAIER AND BRIAN EWERT, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court *sua sponte* after counsel for the parties contacted chambers staff on June 11, 2018 regarding the "Order Granting Plaintiffs' Motion for Issuance of an Arrest Warrant," Doc. 423, and the Arrest Warrant for Brian Ewert, Doc. 424. The parties are agreeable to the Court conducting a hearing for Mr. Ewert to appear and respond to questions about his assets.

**NOW THEREFORE IT IS HEREBY ORDERED THAT:**

1. The Arrest Warrant for Brian Ewert, Doc. 424, is **STAYED**.

2. Mr. Ewert shall appear at a hearing on Thursday, June 21, 2018 at 1 p.m. in Courtroom 1-3 of the Charles R. Jonas Federal Building and U.S. Courthouse, 401 W. Trade Street, Charlotte, North Carolina, 28202 to respond to questions about his assets.

3. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 12, 2018

David S. Cayer
United States Magistrate Judge