# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00848-FDW-DSC

| | |
|---|---|
| CARGILL, INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION, </br></br> Plaintiffs, </br></br> v. </br></br> WDS, INC., JENNIFER MAIER AND BRIAN EWERT, </br></br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Emergency Consent Motion for the Appointment of a Manager" (document # 451) filed July 30, 2018. For the reasons set forth therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: July 30, 2018

David S. Cayer
United States Magistrate Judge