# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00848-FDW-DSC

| | |
|---|---|
| CARGILL INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WDS INC., JENNIFER MAIER AND BRIAN EWERT,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Unopposed Motion to Release ABTV as Manager of Refrigerated Trucking and Logistics, LLC" (document # 484) filed February 1, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 4, 2019

David S. Cayer
United States Magistrate Judge