# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00848-FDW-DSC

| | |
|---|---|
| **CARGILL INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION,** )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>**WDS INC., JENNIFER MAIER AND BRIAN EWERT,** )<br>)<br>)<br>Defendants. )  | **ORDER ON NON-PARTY H. VAUGHN RAMSEY AND TUGGLE DUGGINS P.A.'S MOTIONS TO QUASH** |

**THIS MATTER** is before the Court on "Non-Party H. Vaughn Ramsey and Tuggle Duggins P.A.'s Motion to Quash Deposition Subpoena or for Protective Order" (document # 495) and "Non-Party H. Vaughn Ramsey and Tuggle Duggins P.A.'s Motion to Quash Subpoena *Duces Tecum* or for Protective Order" (document # 496), as well the parties' briefs and submissions.

These Motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and are now ripe for the Court's consideration.

The Court has carefully considered the record, authorities and the parties' arguments. For the reasons set forth in Non-Party H. Vaughn Ramsey and Tuggle Duggins P.A.'s briefs and for good cause shown, the Motions are hereby **GRANTED** and the Subpoenas are **QUASHED**.

**NOW THEREFORE IT IS ORDERED:**

1. "Non-Party H. Vaughn Ramsey and Tuggle Duggins P.A.'s Motion to Quash Deposition Subpoena or for Protective Order" (document # 495) is **GRANTED** and the Subpoena is **QUASHED.**

2. "Non-Party H. Vaughn Ramsey and Tuggle Duggins P.A.'s Motion to Quash Subpoena *Duces Tecum* or for Protective Order" (document # 496) is **GRANTED** and the Subpoena is **QUASHED.**

3. The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 21, 2019

David S. Cayer
United States Magistrate Judge